NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SABRA V. GILLINS,**

*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**

*Respondent*

---

2025-1099

---

Petition for review of the Merit Systems Protection Board in No. CH-0353-14-0337-C-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1) and to file the required Statement Concerning Discrimination, it is

2                                                     GILLINS V. USPS

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

<u>March 4, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court